UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILL WILL MUSIC<br>c/o Provident Financial Management<br>152 West 57th Street, 19th Floor<br>New York, NY 10019<br><br>UNIVERSAL-POLYGRAM<br>INTERNATIONAL PUBLISHING, INC.<br>2440 Sepulveda Blvd., Suite 100<br>Los Angeles, CA 90064<br><br>KUWA MUSIC<br>2600 Netherland Avenue<br>Bronx, NY 10463<br><br>DAVY-D MUSIC<br>133-36 230th Street<br>Jamaica, NY 11413<br><br>ZOMBA ENTERPRISES, INC.<br>8750 Wilshire Blvd.<br>Beverly Hills, CA 90211<br><br>VIRGINIA BEACH MUSIC<br>39 West 56th Street, 3rd Floor<br>New York, NY 10019<br><br>CARTER BOYS PUBLISHING<br>825 8th Avenue, 29th Floor<br>New York, NY 10019<br><br>FAMOUS MUSIC CORPORATION<br>1633 Broadway, 11th Floor<br>New York, NY 10019<br><br>BYEFALL PRODUCTIONS, INC.<br>2951 Satellite Blvd. NW, Apt. 1637<br>Dulluth, GA    30096 | Civil Action<br><br>No._____ |

| | |
|---|---|
| WB MUSIC CORP.<br>10585 Santa Monica Blvd.<br>Los Angeles, CA  90025 | )<br>)<br>)<br>) |
| AIN'T NOTHING BUT FUNKIN' MUSIC<br>c/o Provident Financial Management<br>2850 Ocean Park Blvd., #300<br>Santa Monica, CA  90405 | )<br>)<br>)<br>)<br>) |
| MUSIC OF WINDSWEPT<br>9320 Wilshire Blvd., #200<br>Beverly Hills, CA  90212 | )<br>)<br>)<br>) |
| BLOTTER MUSIC<br>10304 La Grange Avenues<br>Los Angeles, CA  90025 | )<br>)<br>)<br>) |
| ELVIS MAMBO MUSIC<br>31619 Saddletree Drive<br>Westlake Village, CA  91361 | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| DCV, LLC<br>7901 Belleflower Drive<br>Springfield, VA  22152 | )<br>)<br>)<br>) |
| and | ) |
| DAVID S. CHUNG<br>7901 Belleflower Drive<br>Springfield, VA  22152 | )<br>)<br>)<br>) |
| Serve: | ) |
| Defendants. | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND
## FINANCIAL INTERESTS PURSUANT TO LOCAL CIVIL RULE 7.1

The undersigned counsel of record for Plaintiffs III Will Music, et al., certifies that to the

2

best of their knowledge and belief, none of the plaintiffs have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public, except as follows:

> UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. is wholly owned by publicly-owned General Electric Co.
>
> FAMOUS MUSIC CORPORATION is wholly owned by publicly owned Viacom, Inc.
>
> This representation is made in order that Judges of this Court may

determine the need for recusal.

Respectfully submitted,

Benjamin L. Zelenko, #154088
Sarah L. Knapp, #470008
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004-1225
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

Counsel for Plaintiffs

Dated: July 11, 2005