AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ill Will Music, et al.

SUMMONS IN A CIVIL CASE

V.

DCV, LLC
and
David S. Chung

CASE NUMBER   1:05CV01368

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 07/11/2005

TO: (Name and address of Defendant)

David S. Chung
7901 Belleflower Drive
Springfield, VA  22152

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin L. Zelenko, Esquire
Sarah L. Knapp, Esquire
Baach Robinson & Lewis PLLC
1201 F Street NW, Suite 500
Washington, DC  20004
Telephone:  (202) 833-8900

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 1 1 2005

CLERK                                              DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ill Will Music, et al.

vs.

DCV, LLC, et al.

No. 1:05-CV-01368 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint with Schedule A, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:00 n on August 17, 2005, I served David S. Chung at 1312 Massachusetts Avenue, NW, Suite 205, Washington, DC 20005 by serving, John Doe, house mate, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
    SEX-    MALE
    AGE-    25
 HEIGHT-    5'5"
   HAIR-    BLACK
 WEIGHT-    140
  COLOR-    ORIENTAL
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  08-18-05
               Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155226