COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

05-08-12-3002

August 12, 2005

BENJAMIN L ZELENKO
BAACH ROBINSON & LEWIS PLLC
1201 F STREET NW STE 500
WASHINGTON, DC  20004

This is your receipt for $30.00 paid for service of process, notice, order or demand on the Clerk of the Commission pursuant to § 12.1-19.1 of the Code of Virginia in the matter of:

ILL WILL MUSIC

vs                    Case/File/Matter Number:    1:05CV01368

DCV, LLC, ET AL

I received copies of the process, notice, order or demand by Fed Ex in Richmond, Virginia on August 12, 2005, and mailed one copy thereof by First Class mail on August 12, 2005 to:

DCV, LLC
7901 BELLEFLOWER DR
SPRINGFIELD, VA  22152

The certificate of compliance was mailed by First Class mail on August 12, 2005 to:

UNITED STATES DISTRICT COURT
 of the
WASHINGTON, D.C.
333 CONSTITUTION AVE NW
WASHINGTON, DC  20001

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

SERVOP
CIS0317
05-08-12-3002