UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ILL WILL MUSIC )<br>c/o Provident Financial Management )<br>152 West 57th Street, 19th Floor )<br>New York NY  10019 )<br> )<br>UNIVERSAL-POLYGRAM )<br>INTERNATIONAL PUBLISHING, INC. )<br>2440 Sepulveda Blvd., Suite 100 )<br>Los Angeles, CA  90064 )<br> )<br>KUWA MUSIC )<br>2600 Netherland Avenue )<br>Bronx, NY  10463 )<br> )<br>DAVY-D MUSIC )<br>133-36 230th Street )<br>Jamaica, NY  11413 )<br> )<br>ZOMBA ENTERPRISES, INC. )<br>8750 Wilshire Blvd. )<br>Beverly Hills, CA  90211 )<br> )<br>VIRGINIA BEACH MUSIC )<br>39 West 56th Street, 3rd Floor )<br>New York, NY  10019 )<br> )<br>CARTER BOYS PUBLISHING )<br>825 8th Avenue, 29th Floor )<br>New York, NY  10019 )<br> )<br>FAMOUS MUSIC CORPORATION )<br>1633 Broadway, 11th Floor )<br>New York, NY  10019 )<br> )<br>BYEFALL PRODUCTIONS, INC. )<br>2951 Satellite Blvd. NW, Apt. 1637 )<br>Duluth, GA  30096 )<br> )<br>WB MUSIC CORP. )<br>10585 Santa Monica Blvd. )<br>Los Angeles, CA  90025 ) | CASE NUMBER:  1:05CV01368<br><br>JUDGE:  Emmet G. Sullivan |

```
AIN'T NOTHING BUT FUNKIN' MUSIC  )
c/o Provident Financial Management  )
2850 Ocean Park Blvd., #300         )
Santa Monica, CA  90405             )
                                    )
MUSIC OF WINDSWEPT                  )
9320 Wilshire Blvd., #200           )
Beverly Hills, CA  90212            )
                                    )
BLOTTER MUSIC                       )
10304 La Grange Avenues             )
Los Angeles, CA  90025              )
                                    )
ELVIS MAMBO MUSIC                   )
31619 Saddletree Drive              )
Westlake Village, CA  91361         )
                                    )
              Plaintiffs,           )
                                    )
        v.                          )
                                    )
DCV, LLC                            )
7901 Belleflower Drive              )
Springfield, VA  22152              )
                                    )
and                                 )
                                    )
DAVID S. CHUNG                      )
7901 Belleflower Drive              )
Springfield, VA  22152              )
                                    )
              Defendants.           )
```

## ANSWER

Defendants DCV, LLC and David S. Chung ("Defendants"), by undersigned counsel, hereby answer the Complaint. The numbered paragraphs below refer to the corresponding numbered paragraphs in the Complaint.

1. Admitted.

2. Denied.

2

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3, and on that basis deny them.

4. Defendants admit that DCV, LLC is a limited liability company formed under the laws of Virginia and that it owns, operates and maintains a place of business, known as Club Daedalus, located at 1010 Vermont Avenue, N.W., in Washington, DC. The remaining allegations of Paragraph 4 are denied

5. Defendants admit that David Chung is a resident of Virginia and that he is a member of Defendant DCV LLC. The remaining allegations of Paragraph 5 are denied.

6. Admitted.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7, and on that basis deny them.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8, and on that basis deny them.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9, and on that basis deny them.

10. Denied.

11. Defendants admit that Plaintiffs have not authorized or licensed them, or their agents, servants or employees, to perform the musical compositions. Defendants deny the remaining allegations of Paragraph 11.

12. Denied.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 13, and on that basis deny them.

14. Denied.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs failed to exercise reasonable efforts to mitigate their damages, if any.

WHEREFORE, Defendants ask that judgment be entered in their favor, that they be awarded their costs incurred in defending this action, and such other and further relief the Court deems just and proper.

Respectfully submitted,

BRINCEFIELD HARTNETT, P.C.

By: _____
James C. Brincefield, Jr., #014811
526 King Street, Suite 423
Alexandria, Virginia 22314-3144
Phone No.: (703) 836-2880
Attorney for Defendants

## JURY DEMAND

The Defendants hereby demand a trial by jury on all issues so properly triable.

BRINCEFIELD HARTNETT, P.C.

By: _____
James C. Brincefield, Jr., #014811
526 King Street, Suite 423
Alexandria, Virginia 22314-3144
Phone No.: (703) 836-2880
Attorney for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, this 5th day of October 2005 to Benjamin L. Zelenko and Sarah L. Knapp, Baach Robinson & Lewis PLLC, 1201 F Street, N.W., Suite 500, Washington, DC 20004-1225.

                                                                              James C. Brincefield, Jr.