UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WB Music Corp., et. al<br><br>Plaintiffs,<br><br>v.<br><br>DCV, LLC and David Chung<br><br>Defendants. | Civil Action<br>No. 1-05-CV-01368 (EGS) |

### STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

Whereas Plaintiffs WB Music Corp., et al. ("Plaintiffs"), all members of the American Society of Composers, Authors & Publishers ("ASCAP"), brought this action against DCV, LLC and David Chung ("Defendants"); and

Whereas Plaintiffs, on the dates on Schedule A annexed to the Complaint, were the respective owners of valid copyrights in the songs listed on Schedule A; and Plaintiffs' songs were performed publicly at Club Daedalus in Washington, D.C. on the dates alleged in Schedule A; and

Whereas Plaintiffs and Defendants wish to resolve this matter without further litigation,

IT IS HEREBY AGREED that:

1. Defendants shall pay to ASCAP, as attorney-in-fact for each of the Plaintiffs, the sum of $8,000 ("the Settlement Amount") in accordance with the schedule set forth below:

| Installment Due | Date Due |
|---|---|
| $5,000 | Immediately |
| $3,000 | April 1, 2006 |

All payments to ASCAP pursuant to this Paragraph 1 shall be made by certified or cashier's check and delivered to: ASCAP, Legal Department, One Lincoln Plaza, New York, NY 10023, Attention: Andrew Schaeffer, Esq., on the due dates set forth above.

2. In the event that Defendants default in making any of the payments provided herein, judgment shall be entered upon this Stipulation for $16,000.00 plus attorneys' fees reasonably necessary to obtain this sum and interest at the lawful rate for post judgment interest, less the amount of any payments made by Defendants under paragraph 1 above. This judgment may be entered upon ten (10) days' notice by first-class mail from counsel for Plaintiffs to Defendants, with a copy to counsel for Defendants.

3. In the event Defendants sell or agree to sell Club Daedalus or file for bankruptcy protection prior to the payment of all sums due hereunder, Defendants shall notify Plaintiffs' counsel immediately. Such sale or agreement for sale or petition in bankruptcy shall automatically accelerate the payment schedule set forth in Paragraph 1 and all sums thereunder shall become immediately due and payable. If the Defendants fail to provide the notice required by this Paragraph, Plaintiffs shall have leave to obtain judgment against Defendants pursuant to Paragraph 2.

4.  Contemporaneously with the execution of this Stipulation, ASCAP shall offer and Defendants shall accept and execute an ASCAP License Agreement for Club Daedalus for the term commencing January 1, 2006 at the annual rate of $1,358 and Defendants agree that they will comply with all of the terms and conditions of such License Agreement. The 2006 annual license fee is not included in the Settlement Amount.

5.  This agreement shall constitute a full and final release of any claims which ASCAP and Plaintiffs may have against Defendants arising out of prior unauthorized, non-dramatic performances of copyrighted musical works at Club Daedalus.

6.  Defendants agree to permanently refrain from publicly performing or causing the public performance of any of the Plaintiffs' copyrighted musical compositions and all other compositions in the ASCAP repertory at Club Daedalus.

7.  Defendants hereby acknowledge that they have read this agreement, that they understand it, and that they enter into it voluntarily.

8. Subject to the terms of paragraph 2 above, this case shall be dismissed. In the event of any default, Plaintiffs shall have leave to obtain judgment against Defendants pursuant to paragraph 2.

Dated: 1/12/05

_____
David Chung
Individually and on behalf of DCV, LLC

_____
James C. Brincefield, Jr.
(DC Bar # 014811)
Counsel for Defendants
BRINCEFIELD HARTNETT PC
526 King Street, Suite 423
Alexandria, VA 22314-3143
(703) 836-2880

Dated: January 18, 2006

_____
Benjamin L. Zelenko, Esq.
(DC Bar # 154088)
Sarah L. Knapp
(DC Bar # 470008)
Counsel for Plaintiffs
BAACH ROBINSON & LEWIS, PLLC
1201 F Street, N.W., Suite 500
Washington, DC 20004-1225
(202) 833-8900

**BY THE COURT:**

Dated: _____

_____
Emmett G. Sullivan
United States District Judge